| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Focus Utility Services, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3139287** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2600 South SR 7**<br>**Miramar, FL 33023**<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Focus Utility Services, LLC**                                    Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Focus Utility Services, LLC**    Case number (*if known*)
_____Name_____

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | **Focus Utility Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 18, 2025**
MM / DD / YYYY

**X /s/ Estephana Toubeaux**              **Estephana Toubeaux**
Signature of authorized representative of debtor        Printed name

Title **Manager and 50% Owner**

**18. Signature of attorney**

**X /s/ Mark S. Roher**               Date **December 18, 2025**
Signature of attorney for debtor              MM / DD / YYYY

**Mark S. Roher**
Printed name

**Law Office of Mark S. Roher, P.A.**
Firm name

**1806 N. Flamingo Rd., Ste 300**
**Pembroke Pines, FL 33028**
Number, Street, City, State & ZIP Code

Contact phone **954-353-2200**   Email address **mroher@markroherlaw.com**

**178098 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Focus Utility Services, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP Totalsource c/o Rosenfeld Stein Batta, P.A. 21490 W. Dixie Hwy Miami, FL 33180 | | | | | | $91,778.10 |
| American Express c/o Modlin Slinsky, P.A. 1551 Sawgrass Corporate Parkway Suite 110 Sunrise, FL 33323 | | | | | | $105,000.00 |
| AMSCOT 600 N. West Shore Blvd. Ste 1200 Tampa, FL 33609 | | | | | | $6,500.00 |
| Berkshire Hathaway Workers Comp 2775 NE 163rd St. Ste 100 North Miami Beach, FL 33160 | | | | | | $10,000.00 |
| Chad Levy Law Firm Attention: Daniel Hillaire 2844 N. University Dr. Coral Springs, FL 33065 | | | | | | $11,500.00 |
| Diamler Truck Financial Services USA, LL 14372 Heritage Pkwy Fort Worth, TX 76177 | | | | $550,909.67 | $0.00 | $550,909.67 |

Debtor **Focus Utility Services, LLC**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Elite Equipment Rental LLC** **244 W Hwy 40 Ste 203** **Homestead, FL 33033** | | | | $101,000.00 | $0.00 | $101,000.00 |
| **Elite Security** **15600 SW 288 St. Ste 203** **Homestead, FL 33033** | | | | | | $12,000.00 |
| **Enterprise Rent a Car** **600 Corporate Pkwy Drive** **Saint Louis, MO 63105** | | | Disputed | | | $6,297.00 |
| **First Citizens Bank** **239 Fayetteville Street** **Raleigh, NC 27601** | | | | $30,000.00 | $0.00 | $30,000.00 |
| **Infinity Insurance** **2201 4th Avenue North** **Birmingham, AL 35203** | | | | | | $12,000.00 |
| **Jonathan Graham** **c/o The Miami Shark P.A.** **11767 S. Dixie Highway Ste 407** **Miami, FL 33156** | | | | | | $12,000.00 |
| **Liberty Tire** **3100 Burris Rd.** **Fort Lauderdale, FL 33314** | | | | | | $7,900.00 |
| **Paychecks** **911 Panorama Trail South** **Rochester, NY 14625** | | | | | | $19,000.00 |
| **Progressive Premiums** **300 North Commons Blvd.** **Miami, FL 33166** | | | | | | $9,000.00 |

Debtor **Focus Utility Services, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Salter Property Management** **4800 N. Federal Highway** **Ste A-205** **Boca Raton, FL 33431** | | | | | | $51,865.00 |
| **Spring Oaks Capital LLC** **PO Box 1216** **Chesapeake, VA 23327** | | | | | | $8,916.00 |
| **The Gold Coast Group 2, Inc.** **4613 North University Drive** **Ste 576** **Coral Springs, FL 33067** | | | Disputed | | | $14,500.00 |
| **Translease** **1400 W 62nd Ave.** **Denver, CO 80221** | | | | $100,000.00 | $0.00 | $100,000.00 |
| **United Rentals** **100 First Stamford Place** **Ste 700** **Stamford, CT 06902** | | | Disputed | | | $20,498.00 |

ADP Totalsource
c/o Rosenfeld Stein Batta, P.A.
21490 W. Dixie Hwy
Miami, FL 33180


AFCO Direct
150 North Field Drive
Ste 190
Lake Forest, IL 60045


Allison L. Friedman, P.A.
20533 Biscayne Blvd.
Ste 4-435
Miami, FL 33180


American Express
c/o Modlin Slinsky, P.A.
1551 Sawgrass Corporate Parkway
Suite 110
Sunrise, FL 33323


AMSCOT
600 N. West Shore Blvd.
Ste 1200
Tampa, FL 33609


Bank of America
100 North Tryon Street
Charlotte, NC 28255


Berkshire Hathaway Workers Comp
2775 NE 163rd St.
Ste 100
North Miami Beach, FL 33160


Chad Levy Law Firm
Attention: Daniel Hillaire
2844 N. University Dr.
Coral Springs, FL 33065


Commercial Credit Group, Inc.
525 N. Tryon Street
Ste 1000
Charlotte, NC 28202

```
Diamler Truck Financial Services USA, LL
14372 Heritage Pkwy
Fort Worth, TX 76177


Elite Equipment Rental LLC
244 W Hwy 40
Ste 203
Homestead, FL 33033


Elite Security
15600 SW 288 St.
Ste 203
Homestead, FL 33033


Enterprise Rent a Car
600 Corporate Pkwy Drive
Saint Louis, MO 63105


First Citizens Bank
239 Fayettevile Street
Raleigh, NC 27601


Florida Department of Revenue
PO Box 8045
Tallahassee, FL 32314-8045


Infinity Insurance
2201 4th Avenue North
Birmingham, AL 35203


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7317


Internal Revenue Service
1248 N University Drive
M/S 5730
Fort Lauderdale, FL 33322


Jonathan Graham
c/o The Miami Shark P.A.
11767 S. Dixie Highway
Ste 407
Miami, FL 33156
```

Kemper Commercial Auto
8400 NW 36th Ste
Ste 180
Miami, FL 33166


Liberty Tire
3100 Burris Rd.
Fort Lauderdale, FL 33314


Paychecks
911 Panorama Trail South
Rochester, NY 14625


Progressive Premiums
300 North Commons Blvd.
Miami, FL 33166


Ring Power Corporation
500 World Commerce Pkwy
Saint Augustine, FL 32092


Salter Property Management
4800 N. Federal Highway
Ste A-205
Boca Raton, FL 33431


Spring Oaks Capital LLC
PO Box 1216
Chesapeake, VA 23327


Spring Oaks Capital LLC
1400 Crossways Blvd
Ste 100B
Chesapeake, VA 23320


Sychrony Bank
777 Long Ride Road
Stamford, CT 06902


TD Retail Card Services
PO Box 100114
Attn: Customer Service
Columbia, SC 29202-3114

```
The Gold Coast Group 2, Inc.
4613 North University Drive
Ste 576
Coral Springs, FL 33067


Translease
1400 W 62nd Ave.
Denver, CO 80221


United Rentals
100 First Stamford Place
Ste 700
Stamford, CT 06902


Wilson Law Firm South Florida, P.A.
Attn:  Paul E. Wilson, Esq.
1776 N. Pine Island Rd.
Ste 311
Fort Lauderdale, FL 33322
```