# United States Bankruptcy Court
## Southern District of Florida

In re  **Focus Utility Services, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Focus Utility Services, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Estephana Toubeaux**  
**2600 South SR 7**  
**Homestead, FL 33032**

**Justim M. Toubeaux**  
**2600 South SR 7**  
**Hollywood, FL 33023**

☐ None [*Check if applicable*]

**December 18, 2025**  
Date

/s/ Mark S. Roher  
**Mark S. Roher**  
Signature of Attorney or Litigant  
Counsel for **Focus Utility Services, LLC**  
**Law Office of Mark S. Roher, P.A.**  
**1806 N. Flamingo Rd., Ste 300**  
**Pembroke Pines, FL 33028**  
**954-353-2200 Fax:877-654-0090**  
**mroher@markroherlaw.com**