**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

FOCUS UTILITY SERVICES LLC,

Case No. 25-24953-SMG

Chapter 11

Debtor.
_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Focus Utility Services LLC, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **December 18, 2025**

2. Names, case numbers and dates of filing of related debtors: **N/A**

3. Description of debtor's business: **Focus Utility Services is a Woman and Minority owned leading provider of hydro excavation services in the power delivery industry. With years of experience and a highly skilled workforce, we offer a turnkey solution that encompasses ground penetrating radar, temporary traffic control, soft dig excavation, and restoration services. Our commitment to safety, continuous training, and the expertise of our team sets us apart from our competitors.**

4. Locations of debtor's operations and whether the business premises are leased or owned: **2600 South State Road 7, Miramar, FL 33023.**

5. Reasons for filing chapter 11: **Stop garnishment by Elite Equipment Rental LLC of Debtor's account with Florida Power and Light of $100,948.27.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:
**Estephana Toubeaux – Manager - $60,000.00**
**Justin Toubeaux – Manager - $60,000.00**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:
**2025 Year to date - $3 Million estimated**
**2024 - $4.8 Million estimated**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:
    **None**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and
    **Elite Equipment Rental LLC - $101,000.00**
    **First Citizens Bank - $30,000.00**
    **Translease $ 100,000.00**

    c. Amount of unsecured claims: **$972,183.37**

9. General description and approximate value of the debtor's assets:
    **See attached Exhibit "A". Approximate value of $800,000.00.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires; **See attached Exhibit "B".**

11. Number of employees and amounts of wages owed as of petition date:
    **8 w-2 employees - No wages owed as of Petition Date.**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **n/a**

13. Anticipated emergency relief to be requested within 14 days from the petition date:
    **None**

*/s/ Estephana Toubeaux*                                        1/12/2026
**Focus Utility Services, LLC**
**By: Estephana Toubeaux, Manager**

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Proposed Counsel for Debtor*
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33028
Email: mroher@markroherlaw.com
Telephone: (954) 353-2200

By:  */s/ Mark S. Roher*
   Mark S. Roher
   Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January 2026, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

*/s/ Mark S. Roher*
Mark S. Roher

# EXHIBIT "A"

| Truck # | Vin # | Year | Make | Model | |
|---|---|---|---|---|---|
| HYDROVACS | | | | | |
| Truck 1007 | 5KKUALD62GPHT5922 | 2016 | Western Star | 49S | |
| Truck 1003 | 5KKUALD63GPHT5914 | 2016 | Western Star | 49S | SECURED |
| Truck 1001 | 1NKDL70X4JR198897 | 2018 | Kenworth | T880 | |
| JETTER 1002 | 1GBM7H1J8MJ10•••• | 1991 | CHEVROLET KODIAK | C7500 | |
| | | | | | |
| FLAT BED TRAILER 1001 | | 1977 | FLATBED | | |
| DUMP TRAILER | | 2023 | 2023 Load Master 9 yard dump trailer | | |
| TRUCK 1018 | 1GDJ6J1E03F900378 | 2003 | GMC C 6500 DUMP TRUCK | DUMP TRUCK | |
| | | | | | |
| TRUCK 1031 | 1FTNF20599EA10778 | 2009 | Ford | F250 | |
| TRUCK 1028 | 1FTNF1CF0CKD48190 | 2012 | FORD | F-150 | |
| TRUCK 1027 | 3C7WRLFL3HG728201 | 2017 | DODGE RAM 4500 | 4500 | |
| TRUCK 1022 | 1FDBF3E60BEB77199 | 2011 | 2011 FORD F-350 XL 4x2 Flatbed Truck | | |
| TRUCK 1025 | 1FDUF4GT1GEC85081 | 2016 | FORD F-450 XL 4X2 FLATBED | F-450 | |
| TRUCK 1030 | 3C63R3GL9DG547040 | 2013 | DODGE 4X4 CREW CAB FLATBED | 3500 | |
| TRUCK 1032 | 1FDRF3H69FED41355 | 2015 | FORD XL 4X4 | F-350 | |
| TRUCK 1026 | 1GT42VCG2GF143671 | 2016 | GMC SIERRA 3500 | 3500 | |
| TRUCK 1019 | | 2022 | CHEVY SILVERADO | | SECURED |
| | | | | | |
| AIR COMPRESSOR | | | | | |
| AIR COMPRESSOR | | | | | |
| AIR COMPRESSOR | | | | | |
| AIR COMPRESSOR | | | | | |
| | | | | | |
| TRUCK 1003 | 1GBM7D1G0BV120892 | | Redrill 330 | PRESSURE DIGGER | |
| | | | | | |
| Truck 1016 | 1HTMMAAR84H673475 | 2004 | Altec Digger Derrick | | |

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 01/09/2026

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Silva Insurance Agency LLC
12392 SW 82nd ave Suite 12392
Pinecrest, FL 33156

**CONTACT NAME:** JOSHUA ABREU
**PHONE (A/C, No, Ext):** 305-251-9980
**FAX (A/C, No):** 305-251-9980
**E-MAIL ADDRESS:** joshua.abreu@adinoptions.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Progressive Express Insurance Company | 10193 |
| INSURER B : PartnerRe Insurance Solutions Bermuda Ltd. | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
Focus Utility Services, LLC
13035 SW 210th Terr
Miami FL 33177

## COVERAGES    CERTIFICATE NUMBER: 944089945    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | **COMMERCIAL GENERAL LIABILITY** [X]<br>[ ] CLAIMS-MADE [X] OCCUR | Y | Y | VCP2024247-01 | 9/11/2025 | 9/11/2026 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [X] PRO-JECT [ ] LOC<br>[ ] OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY**<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS [X] SCHEDULED AUTOS<br>[X] HIRED AUTOS [X] NON-OWNED AUTOS | Y | Y | 980104429 | 4/17/2025 | 4/17/2026 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | [X] **UMBRELLA LIAB** [X] OCCUR<br>[ ] **EXCESS LIAB** [ ] CLAIMS-MADE<br>[ ] DED [ ] RETENTION $ | Y | Y | VCX2024191-01 | 9/11/2025 | 9/11/2026 | EACH OCCURRENCE | $4,000,000 |
| | | | | | | | AGGREGATE | $4,000,000 |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N/A]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
RE: Locations 2600 S State Rd 7, Miramar FL 33023
2634 Pierce LLC is Additional Insured with respect to General as required by written contract and in respect to Auto Liability as required by written contract.
Waiver of Subrogation with respect to General Liability and Auto Liability as required under written contract.

**CERTIFICATE HOLDER**
2634 Pierce LLC
1201 Washington St
Hollywood FL 33019

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Joshua Abreu*

© 1988-2014 ACORD CORPORATION. All rights reserved.
ACORD 25 (2014/01)    The ACORD name and logo are registered marks of ACORD

PROGRESSIVE
PO BOX 94739
CLEVELAND, OH 44101

**Policy Holder:**

Focus Utility Services, LLC
13035 SW 210th Terrace
Miami, FL 33177

The attached endorsements listed below applies to policy number:  980104429

Form 2366 (02/11) Blanket Additional Insured Endorsement
Form 2367 (06/10) Blanket Waiver of Subrogation Endorsement

Endorsement effective:  April 17, 2025

Endorsements listed above are effective until policy cancellation date.

Form 2366 (02/11) M_CL

## Blanket Additional Insured Endorsement

This endorsement modifies insurance provided by the Commercial Auto Policy, Motor Truck Cargo Legal Liability Coverage Endorsement, and/or Commercial General Liability Coverage Endorsement, as appears on the **declarations page**. All terms and conditions of the policy apply unless modified by this endorsement.

If **you** pay the fee for this Blanket Additional Insured Endorsement, **we** agree with **you** that any person or organization with whom **you** have executed a written agreement prior to any **loss** is added as an additional **insured** with respect to such liability coverage as is afforded by the policy, but this insurance applies to such additional **insured** only as a person or organization liable for **your** operations and then only to the extent of that liability. This endorsement does not apply to acts, omissions, products, work, or operations of the additional **insured**.

Regardless of the provisions of paragraph a. and b. of the "Other Insurance" clause of this policy, if the person or organization with whom **you** have executed a written agreement has other insurance under which it is the first named **insured** and that insurance also applies, then this insurance is primary to and non-contributory with that other insurance when the written contract or agreement between **you** and that person or organization, signed and executed by **you** before the **bodily injury** or **property damage** occurs and in effect during the policy period, requires this insurance to be primary and non-contributory.

In no way does this endorsement waive the "Other Insurance" clause of the policy, nor make this policy primary to third parties hired by the **insured** to perform work for the **insured** or on the **insured's** behalf.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form 2367 (06/10) M_CL

## Blanket Waiver of Subrogation Endorsement

This endorsement modifies insurance provided by the Commercial Auto Policy, Motor Truck Cargo Legal Liability Coverage Endorsement, and/or Commercial General Liability Coverage Endorsement, as appears on the **declarations page**. All terms and conditions of the policy apply unless modified by this endorsement.

If **you** pay the fee for this Blanket Waiver of Subrogation Endorsement, **we** agree to waive any and all subrogation claims against any person or organization with whom a written waiver agreement has been executed by the named insured, as required by written contract, prior to the occurrence of any **loss**.

**ALL OTHER TERMS, LIMITS AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

POLICY NUMBER: VCP2024247 01

COMMERCIAL GENERAL LIABILITY
CG 20 10 10 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name of Person or Organization: |
| --- |
| Any Person or Organization As Required By Written Contract or Agreement |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A. Section II - Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

**B.** With respect to the insurance afforded to these additional insureds, the following exclusion is added:

**2. Exclusions**

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 10 01                                © ISO Properties, Inc., 2000                                Page 1 of 1

Policy Number: VCP202424701
Effective Date: 09/11/2025
Expiration Date: 09/11/2026

**VIRTUE RISK PARTNERS**

# VIRTUE PLEDGE

## PRIMARY NON CONTRIBUTORY CONDITIONAL COVERAGE

PLEASE READ THIS ENDORSEMENT CAREFULLY AND COMPLETELY. THIS ENDORSEMENT CHANGES THE POLICY. ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

This endorsement modifies insurance provided under VIRTUE PLEDGE PACKAGED LIABILITY POLICY.

Notwithstanding anything contained to the contrary, in this VIRTUE PLEDGE Service Business Package Policy, it is hereby agreed that all coverages bound and scheduled in the VIRTUE PLEDGE Service Business Package Policy Declarations or the Contractors Pollution Liability Supplemental Declarations are subject to the following terms and conditions. In the event of a conflict between the provisions of this Endorsement and any Coverage Part, the provisions of this Endorsement shall control.

It is hereby understood and agree that the following provision shall be added to the VIRTUE PLEDGE SERVICE BUSINESS PACKAGE POLICY and all associated Coverage Parts.

**D. GENERAL CONDITIONS**

Primary Non-Contributory: Except as otherwise specified herein, this Policy shall be considered primary to any similar insurance held by third parties with respect to "your work," YOUR SERVICES and PROFESSIONAL SERVICES performed by you under any written contractual agreement with such third party.

Schedule:

It is further agreed that any other insurance which person(s) or organizations(s) as referenced above may have, is excess and non-contributory to this insurance.

All other policy terms and conditions shall remain the same.

PLEASE READ THIS ENDORSEMENT CAREFULLY AND COMPLETELY. THIS ENDORSEMENT CHANGES THE POLICY. ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

VP E 211 (08/14)                    Page 1 of 1                    © 2014 Virtue Risk Partners, LLC

Docusign Envelope ID: E45C5D26-0260-4211-B3D3-4FCB83283659

Policy Number:   VCP2024247 01
Effective Date:   09/11/2025
Expiration Date:  09/11/2026

**VIRTUE RISK PARTNERS**
# VIRTUE PLEDGE

## WAIVER OF SUBROGATION

PLEASE READ THIS ENDORSEMENT CAREFULLY AND COMPLETELY.  THIS ENDORSEMENT CHANGES THE POLICY.  ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

This endorsement modifies insurance provided under VIRTUE PLEDGE PACKAGED LIABILITY POLICY.

Notwithstanding anything contained to the contrary, in this VIRTUE PLEDGE Service Business Package Policy, it is hereby agreed that all coverages bound and scheduled in the VIRTUE PLEDGE Service Business Package Policy Declarations or the Contractors Pollution Liability Supplemental Declarations are subject to the following terms and conditions.  In the event of a conflict between the provisions of this Endorsement and any Coverage Part, the provisions of this Endorsement shall control.

It is hereby understood and agree that the following provision shall be added to the VIRTUE PLEDGE SERVICE BUSINESS PACKAGE POLICY and all associated Coverage Parts.

**D. GENERAL CONDITIONS**

Waiver of Subrogation: The Company waives any right of recovery it may have against any person(s) or organization(s) to whom the NAMED INSURED agrees, in a written contract, to provide a waiver of subrogation because of payments the Company makes for injury or damage arising out of the YOUR SERVICES done under a contract with that person or organization listed below.

Schedule:

This status exists only for the project specified in that contract.            Under no circumstances shall this provision act to extend the policy period, change the scope of coverage, or increase the Aggregate Limits of Insurance scheduled in the VIRTUE PLEDGE Service Business Package Policy Declarations or in any Supplemental Declarations.

All other policy terms and conditions shall remain the same.

PLEASE READ THIS ENDORSEMENT CAREFULLY AND COMPLETELY.  THIS ENDORSEMENT CHANGES THE POLICY.  ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

VC E 212 (05-22) | Page 1 of 1 | © 2022 Virtue Risk Partners, LLC

POLICY NUMBER: VCP2024247 01

COMMERCIAL GENERAL LIABILITY
CG 20 37 10 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| **Name of Person or Organization:** |
|---|
| Any Person or Organization As Required By Written Contract or Agreement |
| **Location And Description of Completed Operations:** |
| All Locations At Which you are Performing Work for the Additional Insured |
| **Additional Premium:** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Section II - Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" at the location designated and described in the schedule of this endorsement performed for that insured and included in the "products-completed operations hazard".

CG 20 37 10 01      © ISO Properties, Inc.,  2000      Page 1 of 1

# CERTIFICATE OF LIABILITY INSURANCE

Date: 5/29/2025

**Producer:** Plymouth Insurance Agency
2739 U.S. Highway 19 N.
Holiday, FL 34691
(727) 938-5562

This Certificate is issued as a matter of information only and confers no rights upon the Certificate Holder. This Certificate does not amend, extend or alter the coverage afforded by the policies below.

| Insurers Affording Coverage | NAIC # |
|---|---|
| Insurer A: Lion Insurance Company | 11075 |
| Insurer B: | |
| Insurer C: | |
| Insurer D: | |
| Insurer E: | |

**Insured:** South East Personnel Leasing, Inc. & Subsidiaries
2739 U.S. Highway 19 N.
Holiday, FL 34691

## Coverages

The policies of insurance listed below have been issued to the insured named above for the policy period indicated. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the policies described herein is subject to all the terms, exclusions, and conditions of such policies. Aggregate limits shown may have been reduced by paid claims.

| INSR LTR | ADDL INSRD | Type of Insurance | Policy Number | Policy Effective Date (MM/DD/YY) | Policy Expiration Date (MM/DD/YY) | Limits | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** ☐ Commercial General Liability ☐ Claims Made ☐ Occur ☐ General aggregate limit applies per: ☐ Policy ☐ Project ☐ LOC | | | | Each Occurrence | $ |
| | | | | | | Damage to rented premises (EA occurrence) | $ |
| | | | | | | Med Exp | $ |
| | | | | | | Personal Adv Injury | $ |
| | | | | | | General Aggregate | $ |
| | | | | | | Products - Comp/Op Agg | $ |
| | | **AUTOMOBILE LIABILITY** ☐ Any Auto ☐ All Owned Autos ☐ Scheduled Autos ☐ Hired Autos ☐ Non-Owned Autos | | | | Combined Single Limit (EA Accident) | $ |
| | | | | | | Bodily Injury (Per Person) | $ |
| | | | | | | Bodily Injury (Per Accident) | $ |
| | | | | | | Property Damage (Per Accident) | $ |
| | | **EXCESS/UMBRELLA LIABILITY** ☐ Occur ☐ Claims Made ☐ Deductible | | | | Each Occurrence | |
| | | | | | | Aggregate | |
| | | | | | | | |
| A | | **Workers Compensation and Employers' Liability** Any proprietor/partner/executive officer/member excluded? **NO** If Yes, describe under special provisions below. | WC 71949 | 01/01/2025 | 01/01/2026 | ☒ WC Statutory Limits ☐ OTHER | |
| | | | | | | E.L. Each Accident | $1,000,000 |
| | | | | | | E.L. Disease - Ea Employee | $1,000,000 |
| | | | | | | E.L. Disease - Policy Limits | $1,000,000 |
| | | Other | Lion Insurance Company is A.M. Best Company rated A (Excellent). AMB # 12616 | | | | |

**Descriptions of Operations/Locations/Vehicles/Exclusions added by Endorsement/Special Provisions:** Client ID: 91-71-595

Coverage only applies to active employee(s) of South East Personnel Leasing, Inc. & Subsidiaries that are leased to the following "Client Company":

**Focus Utility Services LLC**

Coverage only applies to injuries incurred by South East Personnel Leasing, Inc. & Subsidiaries active employee(s), while working in: FL.
Coverage does not apply to statutory employee(s) or independent contractor(s) of the Client Company or any other entity.
A list of the active employee(s) leased to the Client Company can be obtained by emailing a request to certificates@lioninsurancecompany.com

**Project Name:**

WAIVER OF SUBROGATION APPLIES IN FAVOR OF NEXTERA ENGERY, INC. ISSUE 05-29-25 (BP)

Begin Date: 1/27/2025

**CERTIFICATE HOLDER**

NEXTERA ENGERY, INC.

700 UNIVERSE BLVD.
JUNO BEACH, FL 33408

**CANCELLATION**

Should any of the above described policies be cancelled before the expiration date thereof, the issuing insurer will endeavor to mail 30 days written notice to the certificate holder named to the left, but failure to do so shall impose no obligation or liability of any kind upon the insurer, its agents or representatives.

*[signature]*

| | |
|---|---|
| **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY** | **WC 00 03 13** |

(Ed. 4-84)

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

**NEXTERA ENGERY, INC.**

**700 UNIVERSE BLVD.**
**JUNO BEACH, FL 33408**

**This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.**

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Insured: South East Personnel Leasing, Inc.
Insurance Company: Lion Insurance Co.             Countersigned by: _____
Policy #: WC 71949
Effective: 01/01/2025 - 01/01/2026
Client:  Focus Utility Services LLC

**WC 00 03 13**
(Ed. 4-84)

© 1983 National Council on Compensation Insurance.

BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Lilian Kern | | |
|---|---|---|---|---|
| Finney Insurance Corporation<br>5601 Sheridan Street<br>Hollywood, FL 33021 | PHONE (A/C, No, Ext): | 954-966-5533 | FAX (A/C, No): | 954-989-8208 |
| | E-MAIL ADDRESS: | liliank@finneyinsurancecorp.com | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A: Infinity Assurance Insurance Company | | | |
| INSURED | INSURER B: | | | |
| FOCUS UTILITY SERVICES, LLC<br>13035 SW 210th Ter<br>Miami, FL 33177-7505 | INSURER C: | | | |
| | INSURER D: | | | |
| | INSURER E: | | | |
| | INSURER F: | | | |

COVERAGES          CERTIFICATE NUMBER: 00021381-250321121220          REVISION NUMBER: 6

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | Y | Y | 50022357501 | 03/07/2025 | 03/07/2026 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR<br>☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | EQUIPMENT | Y | Y | 50022357501 | 03/07/2025 | 03/07/2026 | Liability $1MM | Property $75,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
CERTIFICATE HOLDER IS LISTED AS LOSS PAYEE.
DEDUCTIBLES OF $2,500 FOR ALL VEHICLES & EQUIPMENT FOR COMPREHENSIVE/COLLISION.
VEHICLES AND EQUIPMENTS LISTED BELOW.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| TRANS LEASE, INC | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |