

**ORDERED in the Southern District of Florida on April 10, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

In re:                                                    Case No.: 25-24953-SMG
                                                          Chapter 11

FOCUS UTILITY SERVICES LLC,

      Debtor.

_____/

### ORDER GRANTING SECURED CREDITOR, BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER came before the Court on April 1, 2026 upon Secured Creditor, Berkshire Hathaway Homestate Insurance Company's Motion for Relief from the Automatic Stay [ECF 33] (the "Motion"), and the Court having reviewed the Motion and Court file, having heard argument from counsel for Movant, and hearing from Debtor's counsel that the Debtor has no objection to the relief requested in the Motion, it is

ORDERED:

1.  The Motion is granted.

2.  Berkshire Hathaway Homestate Insurance Company ("Berkshire Hathaway") is

1

granted complete relief from the automatic stay to proceed in all respects in the state court matter styled, *Berkshire Hathaway Homestate Insurance Company v. Focus Utility Services, LLC*, Miami-Dade, Florida County Court Case No. 25-040209 CC 23 (the "State Court Case") to finalize the garnishment proceeding with Garnishee, Bank of America against the Debtor's bank accounts ending in x9744 and x9781 ("Accounts") and to allow Berkshire Hathaway to realize and retain all garnished funds from said Accounts.

3.   To the degree Berkshire Hathaway is required to file any motion to effectuate this Order in the State Court Case, Berkshire Hathaway is granted relief from the automatic stay to do so.

###

Submitted by:
Jeffrey S. Berlowitz, Esq.
169 E. Flager Street
Suite 700
Miami, Florida 33131
Phone: (305) 205-6660
jsb@jberllaw.com

Attorney Berlowitz is directed to mail a conformed copy of this Order, immediately upon receipt, to all interested parties and file a certificate of service.