**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

                                       Case No. 25-24953-SMG

FOCUS UTILITY SERVICES, LLC,

                                       Chapter 11

        Debtor.

_____/

## DEBTOR-IN-POSSESSION'S EXPEDITED MOTION FOR VOLUNTARY DISMISSAL

Debtor-in-Possession, FOCUS UTILITY SERVICES, LLC ("Debtor"), by and through undersigned counsel and pursuant to 11 U.S.C. § 1112(b), files this Expedited Motion for Voluntary Dismissal, as follows:

1.      On December 18, 2025, (the "Petition Date"), the Debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.

2.      Debtor remains in possession of its assets, and control of its business and financial affairs, as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108. To date, no trustee or official committee has been appointed in this case.

3.      The Debtor is unable to file a plan and disclosure statement by today's deadline [Dkt. No. 24], or within a reasonable time and with a likelihood of confirmation.

4.      Accordingly, Debtor wishes to dismiss this case.

**WHEREFORE**, Debtor respectfully requests the Court enter an order dismissing this case and providing such further relief deemed appropriate under the circumstances.

-remainder of page intentionally left blank-

1

Dated this 17th day of April, 2026.

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for Debtor*
1806 N. Flamingo Rd. Suite 300
Pembroke Pines, FL 33028 (Main Office)
&
5660 Strand Court, Unit #A51
Naples, FL 34110-3343 (Satellite Office)
Email:  mroher@markroherlaw.com
Telephone:  (954) 353-2200

By:     */s/ Mark S. Roher*
          Mark S. Roher
          Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2026, a true and correct copy of the

foregoing was served by CM/ECF on all parties receiving notice by this method.

          */s/ Mark S. Roher*
          Mark S. Roher


Jeffrey S. Berlowitz on behalf of Creditor Berkshire Hathaway Homestate Insurance Company
jsb@jberllaw.com

Allison L Friedman on behalf of Creditor Elite Equipment Rental, LLC
ralfriedman@hotmail.com

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Geoffrey J Peters on behalf of Creditor First Citizens Bank & Trust Company
colnationalecf@weltman.com, colnationalecf@weltman.com

Mark S. Roher, Esq. on behalf of Debtor Focus Utility Services, LLC
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com